IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Edward W. Nottingham

Criminal Action No. 94-cr-00182-EWN

UNITED STATES OF AMERICA,

v.

TROY LAMONT FIELDS, also known as TROY LAMONTE FIELDS,

     Defendant.

---

## ORDER DENYING HABEAS CORPUS APPLICATION

---

     Defendant Troy Lamont Fields, also known as Troy Lamonte Fields, is a prisoner

in the custody of the Colorado Department of Corrections at the Buena Vista, Colorado,

correctional facility.  Mr. Fields has submitted ***pro se*** three documents filed with the

Court on December 4, 2006.  The documents are an application for a writ of habeas

corpus pursuant to 28 U.S.C. § 2241 titled "Defendant's Application for a Writ of

Habeas Corpus Pursuant to 28 U.S.C. § 2241(2) [sic] and (3) [sic] by a U.S. Citizen

Being Illegally Detained Under Wrongful Jurisdiction of the State Through an Act and

Order of This United States District Court of America," a supporting brief titled

"Statement and Affidavit in Support," and a motion titled "Motion to Appoint Private

Legal Counsel."

     The Court must construe liberally the habeas corpus application, the supporting

brief, and the motion for the appointment of counsel because Mr. Fields is representing

himself.  ***See Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935

F.2d 1106, 1110 (10th Cir. 1991).  However, the Court should not be the **pro se**

litigant's advocate.  **See Hall**, 935 F.2d at 1110.  For the reasons stated below, the

habeas corpus application will be denied.

The habeas corpus application is improperly filed in this criminal case because

Mr. Fields is not in custody in the instant case.  Accordingly, it is

ORDERED that the habeas corpus application titled "Defendant's Application for

a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241(2) [sic] and (3) [sic] by a U.S.

Citizen Being Illegally Detained Under Wrongful Jurisdiction of the State Through an

Act and Order of This United States District Court of America," is denied without

prejudice as improperly filed in this criminal case because Defendant Troy Lamont

Fields, also known as Troy Lamonte Fields, is not in custody in the instant case.  It is

FURTHER ORDERED that the motion for the appointment of counsel is denied

as moot.

DATED at Denver, Colorado, this12th day of December, 2006.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge